DATE:   SEPTEMBER 7, 2006                             AT:   2:30 - 4:30 PM

BEFORE JUDGE DENIS R. HURLEY:

ORDER TO SHOW CAUSE HEARING

CASE NUMBER:   CV-06-4786

TITLE:   C.L.J AND C.J.  V.  BOARD OF EDUCATION

APPEARANCES: FOR PLAINTIFF:   DEBORAH REBORE

FOR DEFENDANT:   BARBARA ALOE; VANESSA SHEEHAN

COURT REPORTER:   MARY ANN STEIGER

 X    CASE CALLED.

 X    COUNSEL FOR ALL SIDES PRESENT.

 X    THE FOLLOWING RULINGS WERE MADE:


**For the reasons stated on the record, plaintiffs' motion for a mandatory injunction to compel defendants to provide services to plaintiff is denied.**

**The Court finds the plaintiffs have failed to prove irreparable harm, at this time and a a likelihood of success on the merits.**

**Plaintiffs have not exhausted all their administrative remedies as an independent hearing has not yet been scheduled.**

**With a new independent hearing officer assigned to the case, defendants have not frustrated the process to make an independent hearing futile.**


So Ordered.

                                                                    /s/
                                                        Denis R. Hurley, U.S.D.J